# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICKEY CASTILLO,

          Petitioner

          v.

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

: No. 86 MM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Exercise of Either King's Bench Powers or Extraordinary Jurisdiction and the Application for Post-Submission Communication are **DENIED**.